UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on May 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christine C. Lenentine

| | |
|---|---|
| Case No.: | 18-32093 |
| Chapter: | 13 |
| Judge: | Altenberg |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 17, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-32093-ABA    Doc 39-1    Filed 05/13/19    Entered 05/13/19 20:42:06    Desc
Proposed Order Extending Time for Loss Mitigation    Page 2 of 2

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____11/27/2018_____ :

Property:    306 West Avenue, Pitman, NJ 08071

Creditor:    Ditech Financial (Home Loans)

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____,
and for good cause shown

❑    Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____8/15/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:
Christine C. Lenentine
      Debtor

Case No. 18-32093-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: May 17, 2019
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db              +Christine C. Lenentine,    306 West Avenue,    Pitman, NJ 08071-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
      summarymail@standingtrustee.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
            Jay S. Lowenthal    on behalf of Debtor Christine C. Lenentine jay@lowenthal-law.com,
      jay@southjerseylegal.com;lowenthaljr85391@notify.bestcase.com
            Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                          TOTAL: 6