Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32093−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christine C. Lenentine
   306 West Avenue
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−8937

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 3, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christine C. Lenentine  
    Debtor

Case No. 18-32093-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 03, 2019  
                       Form ID: 148    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.

```
db             +Christine C. Lenentine,    306 West Avenue,    Pitman, NJ 08071-2521
aty            +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
517857887      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517857888      +KML Law Group, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
517923220      +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517891632       Nelnet on behalf of Ascendium Education Solutions,    Ascendium Education Solutions,
                 PO Box 8961,    Madison WI 53708-8961
517970359      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO BOX 130000,    Raleigh NC 27605-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 00:27:02      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 00:26:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517857885      +EDI: CAPITALONE.COM Sep 04 2019 03:53:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517944000       EDI: CAPITALONE.COM Sep 04 2019 03:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517857886       E-mail/Text: bankruptcy.bnc@ditech.com Sep 04 2019 00:26:32      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517969660       E-mail/Text: bankruptcy.bnc@ditech.com Sep 04 2019 00:26:32      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517857889      +EDI: NAVIENTFKASMSERV.COM Sep 04 2019 03:53:00      Navient,    123 Justinson Street,
                 Wilmington, DE 19801-5363
517987303       EDI: NAVIENTFKASMSERV.COM Sep 04 2019 03:53:00      Navient Solutions, LLC. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517857891       E-mail/Text: electronicbkydocs@nelnet.net Sep 04 2019 00:27:04      Nelnet,    PO Box 82561,
                 Lincoln, NE 68501-2561
517953839      +EDI: AIS.COM Sep 04 2019 03:53:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517857892      +EDI: WFFC.COM Sep 04 2019 03:53:00      Wells Fargo Dealer Services,    PO Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              Ditech Financial,    PO Box 6172,    Rapid City, SD  57709-6172
517857890*     +Navient,    123 Justinson Street,    Wilmington, DE 19801-5363
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2019                                                            Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jay S. Lowenthal    on behalf of Debtor Christine C. Lenentine jay@lowenthal-law.com,
               jay@southjerseylegal.com;lowenthaljr85391@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```